UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY P. SMITH,

        Plaintiff,

  v.

ROBERT L. AYERS JR,

        Defendant.
                                             /

Case Number: CV07-05425 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick P. Smith
T-98778/ 3-C-08
San Quentin State Prison
San Quentin, CA 94974

Dated: November 26, 2007

                                       Richard W. Wieking, Clerk
                                       By: D. Toland, Deputy Clerk